No. 05-5755. SMITH *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist., Div. 2. Certiorari denied.

No. 05-5756. SKIPWORTH *v.* COYNE, JUDGE, COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 05-5757. SHIPMAN *v.* SMITH, WARDEN. Sup. Ct. Ga. Certiorari denied.

No. 05-5761. HUDSON *v.* WARD, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 10th Cir. Certiorari denied.

No. 05-5763. HARPER *v.* GAMBLE ET AL. C. A. 10th Cir. Certiorari denied.

No. 05-5775. PADILLA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-5776. CHARLES-SANCHEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-5777. LYTLE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-5778. MASTERS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-5785. BONGA *v.* RENICO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 05-5788. LOPERA *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 05-5789. SMITH *v.* KENTUCKY. Ct. App. Ky. Certiorari denied.

No. 05-5792. ELKO *v.* SUSTER, JUDGE, COURT OF COMMON PLEAS OF OHIO, CUYAHOGA COUNTY. Sup. Ct. Ohio. Certiorari denied.

No. 05-5797. LAWHON *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.